531 A.2d 1390

**Peter JESRALY, Appellant,**

v.

**TANGLWOOD LAKES, INC., Appellees.**

Supreme Court of Pennsylvania.

Argued Oct. 21, 1986.

Decided Oct. 15, 1987.

50

Chester T. Harhut, Michael J. Donohue, Scranton, for appellant.

William C. Gumble, Steven R. Guccini, Paupack, for Tanglwood Lakes, Inc.

Randolph T. Border, Hawley, Anthony Magnotta, Scranton, for Tanglwood Lakes Community Ass'n.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER OF COURT

PER CURIAM.

The Order of Superior Court is affirmed. See, *Petry v. Tanglwood, Lakes, Inc.*, (J-203-1986), 514 Pa. 51, 522 A.2d 1053 (1987).

LARSEN, J., files a dissenting opinion.

LARSEN, Justice, dissenting.

I dissent. This is a companion case to *Petry v. Tanglwood Lakes, Inc.*, 514 Pa. 51, 522 A.2d 1053 (1987) and *Babaian v. Tanglwood Lakes, Inc. and Tanglwood Lakes Community Association*, 516 Pa. 47, 531 A.2d 1388 (1987). All three cases arise out of the same factual background and involve identical legal and equitable issues. I dissented in *Petry* and *Babaian;* I do likewise here.

For the reasons set forth in my dissenting opinions in *Petry* and *Babaian*, I would reverse the order of the Superior Court and remand this case to the lower court for

an order directing the appellees to answer the complaint in equity.